# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

| | |
|---|---|
| MARIE BLACK, | ) |
|       **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO.** |
|  | ) **5:17-cv-00059-JMH** |
| MIDLAND FUNDING, LLC, | ) |
|       **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Marie Black ("Plaintiff") and defendant Midland Funding, LLC ("Midland Funding") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this the 3rd day of March, 2017,

                                          */s/ James H. Lawson (with permission)*
                                          James H. Lawson
                                          *Lawson at Law, PLLC*
                                          115 Sherrin Avenue, Unit #4
                                          Louisville, KY 40207
                                          Phone: (502) 473-6525
                                          Email: james@kyclc.com

                                          Attorney for Plaintiff
                                          M<small>ARIE</small> B<small>LACK</small>

29285453 v1

*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC