Eastern District of Kentucky
**FILED**

APR 2 6 2017

AI LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MARIE BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:17-cv-00059-JMH |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel for the Plaintiff Marie

Black ("Plaintiff") and Defendant Midland Funding, LLC ("Midland Funding"), that the claims

against Midland Funding should be dismissed with prejudice, with each party to bear its own

costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against Midland

Funding in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own

costs and fees.

This the __26th__ day of __April__ , 20_17_.

Joseph M. Hood
Joseph M. Hood
United States District Judge

29580035 v1